# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                  PLAINTIFF

v.                  Case No. 4:17-cr-00241 KGB

MICHAEL T. MANNING                                     DEFENDANT

## ORDER

Pending before the Court is the United States' motion to dismiss indictment without prejudice as to defendant Michael T. Manning (Dkt. No. 18). The Court grants the United States' motion to dismiss indictment without prejudice (Dkt. No. 18), and the Court dismisses the indictment without prejudice now pending against Mr. Manning.

Further, pending is Mr. Manning's motion for pretrial release (Dkt. No. 17). The Court denies the motion as moot (Dkt. No. 17). Mr. Manning should be released from United States Marshal Service custody, if he is being detained on the federal charges in the now-dismissed indictment, and the United States Marshal Service detainer constituting a federal hold on Mr. Manning as a result of the now-dismissed indictment should be lifted.

It is so ordered this 10th day of April 2018.

                                                       _____
                                                       Kristine G. Baker
                                                       United States District Judge